McGREGOR W. SCOTT
United States Attorney
MATTHEW M. YELOVICH
ROGER YANG
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 7701 Manet Pkwy., Sacramento, CA | 2:18-SW-0290 EFB, |
| 23900 North Bryant Rd., Acampo, CA | 2:18-SW-0291 EFB, |
| 7701 Vallecitos Way, Sacramento, CA | 2:18-SW-0292 EFB, |
| 653 Main Ave., Sacramento, CA | 2:18-SW-0293 EFB, |
| 7791 Othel Way, Sacramento, CA | 2:18-SW-0294 EFB, |
| 7795 Othel Way, Sacramento, CA | 2:18-SW-0295 EFB, |
| 7204 Alpine Frost Dr., Sacramento, CA | 2:18-SW-0296 EFB, |
| 7988 Grandstaff Dr., Sacramento, CA | 2:18-SW-0297 EFB, |
| 8656 Daimler Way, Sacramento, CA | 2:18-SW-0298 EFB, |
| 9472 Pournelle Way, Sacramento, CA. | 2:18-SW-0299 EFB |
| | [~~PROPOSED~~] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

Upon application of the United States of America and good cause having been shown,

///

///

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS         1

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 4/24/2019

The Honorable Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE